**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

AMY HUGHES,

*Plaintiff-Appellant,*

v.

ANDREW KISELA, Corporal, 0203; individually and in his official capacity,

*Defendant-Appellee.*

No. 14-15059

D.C. No.
4:11-cv-00366-FRZ

OPINION

On Remand From The United States Supreme Court

Filed June 6, 2018

Before: Ronald M. Gould and Marsha S. Berzon, Circuit Judges, and William K. Sessions III,[*] District Judge.

---

[*] The Honorable William K. Sessions III, United States District Judge for the District of Vermont, sitting by designation.

## OPINION

PER CURIAM:

In view of the Supreme Court's opinion dated April 2, 2018, we affirm the decision of the district court.

**AFFIRMED.**